THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-4-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | **ORDER AUTHORIZING** |
| V. ) | **PAYMENT OF INTERPRETER** |
| ) | **FEES UP TO THE STATUTORY** |
| ISABEL MARQUEZ FAJARDO ) | **CAP** |

THIS CAUSE, having come before the Court on the defendant's motion to permit payment of interpreter fees up to the statutory cap, and the Court having considered the same, it is hereby ordered that payment of interpreter fees up to the statutory cap is authorized.

Done and Ordered this the __18__ Day of __November__ 2014.

_____
Hon. James C. Dever, III
Chief United States District Judge